UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:23-06848 MRA (ADS)     Date: December 9, 2024

Title: *Heath Pernell v. Erica Lake, et al.*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND OBEY COURT ORDERS**

Plaintiff Heath Pernell filed a Civil Rights Complaint under 42 U.S.C. § 1983 (the "Complaint"). (Dkt. No. 1.) On August 29, 2024, the Court dismissed the Complaint with leave to amend and granted Plaintiff leave to file a First Amended Complaint by no later than September 30, 2024. (Dkt. No. 24.) On October 3, 2024, Plaintiff Heath Pernell filed a Motion for Extension of Time to File Amended Complaint. (Dkt. No. 25.) The Court granted Plaintiff a 30-day extension, making the First Amended Complaint due by November 7, 2024. (Dkt. No. 26.) As of the date of this Order, Plaintiff has not filed a First Amended Complaint or otherwise communicated with the Court.

Plaintiff is hereby **ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute and obey court orders**. Plaintiff must file a written response by no later than **December 27, 2024**. Plaintiff may respond to this Order to Show Cause by (a) filing a First Amended Complaint; or (b) filing a statement with the Court indicating the desire to continue to move forward with the Complaint despite the weaknesses noted by the Court in the Order Dismissing with Leave to Amend.

**Plaintiff is expressly warned that failure to timely file a response to this Order to Show Cause may result in a recommendation to the District Judge that this action be dismissed with prejudice for failure to state a**

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:23-06848 MRA (ADS)                    Date: December 9, 2024

Title: *Heath Pernell v. Erica Lake, et al.*

**claim, failure to prosecute, and failure to obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).**

    **IT IS SO ORDERED.**

Initials of Clerk kh