UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATH PERNELL, | Case No. 2:23-06848 MRA (ADS) |
| Plaintiff, | |
| v. | ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |
| ERICA LAKE, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's First Amended Complaint (Dkt. No. 30), the Motion to Dismiss Plaintiff's First Amended Complaint (Dkt. No. 35), and the Report and Recommendation of United State Magistrate Judge (Dkt. No. 40.)  Plaintiff did not file an opposition to the Motion to Dismiss.  No objections were filed, and the time to do so has passed.  The Court accepts the findings and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1. The Report and Recommendation is accepted (Dkt. No. 40);

2. Plaintiff's First Amended Complaint is dismissed without leave to amend; and

3. Judgment is to be entered accordingly.

DATED: January 21, 2026

_____
HONORABLE MÓNICA RAMÍREZ ALMADANI
United States District Judge