# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATH PERNELL, | Case No. 2:23-06848 MRA (ADS) |
| Plaintiff, | |
| v. | JUDGMENT |
| ERICA LAKE, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting United States Magistrate Judge's Report and Recommendation, the Court adjudges the above-captioned case dismissed in its entirety.

DATED:   January 21, 2026

_____
HONORABLE MÓNICA RAMÍREZ ALMADANI
United States District Judge